IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS,<br><br>        Plaintiff,<br><br>  vs.<br><br>DAVID BEST,<br><br>        Defendant.<br>_____/ | No. C 04-02217 MJJ (MEJ)<br><br>NOTICE OF REFERENCE<br><br>ORDER SCHEDULING HEARING RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above-captioned case was referred to Magistrate Judge Maria-Elena James for a report and recommendation regarding Plaintiff's Motion for Default Judgment. The Court shall conduct a hearing on Plaintiffs' motion on October 27, 2005 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendant shall file any opposition to Plaintiff's motion no later than October 7, 2005 and Plaintiff shall file any reply by October 14, 2005. Plaintiff shall also file proposed findings of fact and conclusions of law no later than October 14, 2005.

      Further, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties

1  shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

2  **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

3  Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

4  questions.  **Plaintiff shall serve this Order upon all Defendants no later than September 23, 2005.**

6  IT IS SO ORDERED.

8  Dated: September 16, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

2