IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID BEST,<br><br>    Defendant. | No. C 04-02217 MJJ (MEJ)<br><br>**ORDER REQUESTING FURTHER INFORMATION** |

      The Court scheduled the Plaintiff's Motion for Default Judgement and Attorneys' Fees on October 27, 2005. Both parties failed to show up. Since neither party was present, the Court hereby Orders further briefing on the following two questions:

1.)      The Plan calls for the interest in accordance with Internal Revenue Code Section 6621. Under the Code 20% seems to be the cap on the interest, not necessarily the interest rate. Why is 20% used as the interest multiplier?

2.)      On what date and how much was the total amount Defendant paid?

Defendant is to submit a response, if any, by November 23, 2005. Plaintiff shall submit a response no later than November 30, 2005.

**IT IS SO ORDERED**.

Dated: November 10, 2005

MARIA-ELENA JAMES
United States Magistrate Judge