IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, | No. C04-2217 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| DAVID BEST et al., | |
| Defendant. | |

The Court hereby **ADOPTS** the Report and Recommendation issued by Judge Maria-Elena James on December 15, 2005 (Docket No. 40).

This Order terminates docket entry no. 27.

The Clerk of Court shall enter judgment in Plaintiff's favor, as described in the Report and Recommendation, and shall close the file.

**IT IS SO ORDERED.**

Dated: 1/6/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE